In the Matter of the Petition of VILLAGE OF HOBART, Respondent, for an Order Determining How an Extension of Railroad Avenue Shall Cross the Railroad of the ULSTER AND DELEWARE RAILROAD COMPANY, Appellant.

*Railroads — villages — determination as to how highway shall cross railroad.*

Matter of Village of Hobart, 204 App. Div. 595, affirmed.

(Argued May 28, 1923; decided June 12, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 26, 1923, which affirmed an order of the public service commission directing that Railroad avenue, in the village of Hobart, as extended by the board of trustees, cross the tracks of the Ulster and Delaware Railroad Company at the existing grade.

*Harry H. Flemming* for appellant.

*Donald H. Grant* for respondent.

*Ledyard P. Hale* for public service commission.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.